# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | CASE NO. 1:10-cv-01773-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (Doc. 28) |
| MATHEW CATE, et al., | |
| Defendants. | |

Plaintiff Andrew R. Lopez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010.  On June 15, 2012, following the denial of Plaintiff's motion for reconsideration relating to the appointment of counsel, Plaintiff filed a motion seeking to "preserve" his right to appeal and complaining about various proceedings.  (Doc. 28.)

Plaintiff's motion does not seek a recognized form of relief.  Accordingly, it is HEREBY ORDERED STRICKEN from the record.[1]

IT IS SO ORDERED.

**Dated:   July 2, 2012**          /s/ Sheila K. Oberto
                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not precluded from filing a notice of appeal if he wishes to do so.  If the appeal is premature or otherwise deficient, it will be dismissed by the appellate court, but Plaintiff is not precluded from filing the notice of appeal.  However, Plaintiff may not "reserve" the right to appeal nor may he complain about proceedings in the absence of a request for a legitimate form of relief.