1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

ANDREW R. LOPEZ,                              CASE NO. 1:10-cv-01773-AWI-SKO PC

9

               Plaintiff,                    ORDER STRIKING MOTION

10

   v.                                        (Doc. 28)

11

MATHEW CATE, et al.,

12

              Defendants.

                                    /

13

14

      Plaintiff Andrew R. Lopez, a state prisoner proceeding pro se and in forma pauperis, filed

15

this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010.  On June 15, 2012,

16

following the denial of Plaintiff's motion for reconsideration relating to the appointment of counsel,

17

Plaintiff filed a motion seeking to "preserve" his right to appeal and complaining about various

18

proceedings.  (Doc. 28.)

19

      Plaintiff's motion does not seek a recognized form of relief.  Accordingly, it is HEREBY

20

ORDERED STRICKEN from the record.[1]

21

22

IT IS SO ORDERED.

23

**Dated:**   **July 2, 2012**                **/s/ Sheila K. Oberto**

                               UNITED STATES MAGISTRATE JUDGE

24

25

26

---

27

   [1] Plaintiff is not precluded from filing a notice of appeal if he wishes to do so.  If the appeal is premature or otherwise deficient, it will be dismissed by the appellate court, but Plaintiff is not precluded from filing the notice of appeal.  However, Plaintiff may not "reserve" the right to appeal nor may he complain about proceedings in the absence of a request for a legitimate form of relief.

28