# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

       Plaintiff,

       v.

MATHEW CATE, et al.,

       Defendants.

_____/

Case No.  1:10-cv-01773-AWI-SKO PC

ORDER DENYING MOTION

(Doc. 38)

Plaintiff Andrew R. Lopez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010.  On July 5, 2013, Plaintiff filed a motion seeking entry of default or an order requiring the United States Marshal to provide the history of service in this case.

In the absence of evidence that Defendants are in default, Plaintiff is not entitled to entry of default and his motion is denied.  Fed. R. Civ. P. 55.

Furthermore, while Plaintiff is entitled to rely upon the Marshal for service, he is not entitled to insert himself in any administrative aspect of the execution of the order directing initiation of service.  28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).  If further information is needed from Plaintiff in the future to execute service, an order will be issued at that time.  Otherwise, the Court will oversee the compliance with its service order and at this stage, service remains in process.  Plaintiff's motion for an accounting by the Marshal is denied.

1    For the reasons set forth herein, Plaintiff's motion is HEREBY ORDERED DENIED.

2

3

4

IT IS SO ORDERED.

5

6    Dated:   **July 12, 2013**                        **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28