# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | Case No.  1:10-cv-01773-AWI-SKO PC |
| Plaintiff, | ORDER STAYING DISCOVERY PENDING RULING ON MOTION FOR PROTECTIVE ORDER |
| v. | |
| MATHEW CATE, et al., | (Doc. 61) |
| Defendants. | |

Plaintiff Andrew R. Lopez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010.  This action is proceeding against thirteen California Department of Corrections and Rehabilitation employees for allegedly violating Plaintiff's federal constitutional rights at California State Prison, Corcoran.

On January 6, 2014, Defendants filed a motion to dismiss for failure to exhaust, 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b), and on January 15, 2014, Defendants filed a motion for a protective order, Fed. R. Civ. P. 26(c).  Plaintiff has not yet filed his oppositions to the motions. Local Rule 230(*l*).

Based on case management and resource expenditure concerns, and in the absence of any discernible actual prejudice to either side, discovery is HEREBY ORDERED STAYED pending

///
///
///

1  the Court's ruling on Defendants' motion for a protective order.  *Hunt v. County of Orange*, 672
2  F.3d 606, 616 (9th Cir. 2012).

IT IS SO ORDERED.

    Dated:   **January 16, 2014**              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE