# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:10-cv-01773-AWI-SKO (PC)<br><br>ORDER DENYING UNENUMERATED RULE 12(B) MOTION ON PROCEDURAL GROUNDS AND GRANTING DEENDANTS THIRTY DAYS WITHIN WHICH TO FILE A MOTION FOR SUMMARY JUDGMENT RAISING THE ISSUE OF EXHAUSTION<br><br>(Doc. 59) |

　　　　Plaintiff Andrew R. Lopez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on September 10, 2010.  This action is proceeding against fifteen California Department of Corrections and Rehabilitation employees for allegedly violating Plaintiff's federal constitutional rights at California State Prison, Corcoran.

　　　　On January 6, 2014, Defendants Beer, Drew, Espinoza, Fields, Garcia, Gray, Jackson, Martinez, Munoz, Olmedo, Rousseau, Zamora, White, Beard, and Gipson ("Defendants") filed an unenumerated Rule 12(b) motion to dismiss on the ground that Plaintiff failed to exhaust the available administrative remedies.  42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b).

　　　　On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling *Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedural device for raising the issue of administrative exhaustion.  *Albino v. Baca*, No.

10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc).  Following the decision in *Albino*, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.  *Albino*, 2014 WL 1317141, at *4 (quotation marks omitted).  An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion.  *Id.*

Accordingly, in light of the decision in *Albino*, it is HEREBY ORDERED that:

1. Defendants' unenumerated Rule 12(b) motion (Doc. No. 59) is denied without prejudice on procedural grounds;[1] and

2. Defendants have **thirty (30) days** from the date of service of this order within which to file a motion for summary judgment raising the issue of exhaustion.[2]

IT IS SO ORDERED.

Dated:  April 18, 2014                              _____
                                                                        SENIOR DISTRICT JUDGE

---

[1] Plaintiff's opposition(s) to the motion to dismiss and Defendants' reply are moot as a result.

[2] If Defendants elect not to file a motion for summary judgment raising the issue of exhaustion within thirty days, the Court will issue further necessary orders in due course.

2