# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>MATHEW CATE, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:10-cv-01773-AWI-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRESERVATION ORDER, COUNSEL, AND SANCTIONS<br><br>(Docs. 101 and 130) |

Plaintiff Andrew R. Lopez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on September 10, 2010.  This action is proceeding on Plaintiff's amended complaint, filed on March 23, 2012, against Defendants Garcia, Zamora, Espinosa, Jackson, Drew, Olmedo, Munoz, Fields, White, Rousseau, Martinez, Beer, Gray, Beard, and Gipson ("Defendants") for violating Plaintiff's rights under federal and state law.  Plaintiff's claims arise out of his conditions of confinement at California State Prison, Corcoran in Corcoran, California.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 21, 2014, the Magistrate Judge issued a Findings and Recommendation recommending Plaintiff's motions for a preservation order, counsel, and sanctions be denied.  Plaintiff filed a timely Objection on August 15, 2014.  Local Rule 304(b).  Defendants did not file a reply.  Local Rule 304(d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on July 21, 2014, is adopted in full; and
2. Plaintiff's motions for a preservation order, counsel, and sanctions, filed on May 12, 2014, are DENIED.

IT IS SO ORDERED.

Dated:   September 11, 2014

_____
SENIOR DISTRICT JUDGE