# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MATHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01773-AWI-SKO (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO RESCHEDULE EVIDENTIARY HEARING, VACATING HEARING, AND REQUIRING DEFENDANTS TO CONTACT PLAINTIFF AND THE COURT TO RESCHEDULE THE HEARING<br><br>(Doc. 144)<br><br>TWENTY-DAY DEADLINE |

This case is currently set for an evidentiary hearing on October 22, 2015, at 9:00 a.m. to resolve disputed issues of fact regarding administrative exhaustion. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 56; *Williams v. Paramo*, 775 F.3d 1182, 1191-92 (9th Cir. 2015); *Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) (en banc).  On October 2, 2015, Defendants filed a motion to reschedule the evidentiary hearing due to a witness's unavailability.  An attached letter from Plaintiff evidences his non-opposition to rescheduling the hearing given his upcoming jury trial on October 13, 2015, in the Sacramento Division of the Eastern District of California.

Good cause having been shown, Fed. R. Civ. P. 16(b)(4), the Court HEREBY ORDERS as follows:

1. Defendants' motion to reschedule the evidentiary hearing is GRANTED;

2. The evidentiary hearing set for October 22, 2015, at 9:00 a.m. is VACATED;

3. Defendants' counsel shall first contact Plaintiff and discuss hearing dates agreeable to both sides; and

4. Defendants' counsel shall then, within **twenty (20) days** from the date of service of this order, contact Courtroom Deputy Alice Timken at (559) 499-5790 to reschedule the hearing.

IT IS SO ORDERED.

Dated:   **October 5, 2015**                                **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE