# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>MATHEW CATE, et al.,<br><br>             Defendants.<br>_____/ | Case No.  1:10-cv-01773-DAD-SKO (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR EVIDENTIARY HEARING ON MARCH 3, 2016 AT 9:30 a.m. |

This matter was set for an evidentiary hearing on March 3, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on at 9:30 a.m. on that date.  Due to Plaintiff's recent transfer to a new facility and concomitant inability to access his legal documents, a telephonic conference is being set to reschedule the evidentiary hearing.  Thus, Plaintiff is no longer needed by the Court in these proceedings.

Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum as to inmate Andrew R. Lopez IM #D-86271 is HEREBY VACATED and the Clerk's Office is directed to forward this order to the Litigation Coordinator at Pelican Bay State Prison.

IT IS SO ORDERED.

Dated:   **February 16, 2016**                      **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE