UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>                Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>                Defendants. | Case No. 1:10-cv-01773-DAD-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE ANDREW LOPEZ, CDCR # D-86271<br><br>DATE: 08/23/2016<br>TIME:  10:00 a.m.<br>COURTROOM: 7 (SKO) |

      Inmate Andrew Lopez, CDCR # D-86271, a necessary and material witness on his own behalf in proceedings in this case on 08/23/2016, is confined at Pelican Bay State Prison in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Sheila K. Oberto at the U. S. District Court, Courtroom #7, 2500 Tulare Street, Fresno, California, 93720, on Tuesday, August 23, 2016, at 10:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in an evidentiary hearing at the time and place above, until completion of the hearing or as ordered by Judge Oberto.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Pelican Bay State Prison:**

      **WE COMMAND** you to produce the inmate named above, along with his legal property required for the evidentiary hearing, volume not to exceed one paper box, to appear before Judge Oberto at the time and place above, until completion of the evidentiary hearing or as ordered by Judge Oberto.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE