# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | Case No.  1:10-cv-1773-DAD-SKO (PC)<br><br>**ORDER FOR DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH THE SCHEDULING ORDER FOR EVIDENTIARY HEARING  (Doc. 170)**<br><br>**DEADLINE: August 11, 2016 11:00 a.m.** |

　　　　Plaintiff, Andrew R. Lopez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010.  This action is currently proceeding on Plaintiff's amended complaint, filed on March 23, 2012, against Defendants Garcia, Zamora, Espinosa, Jackson, Drew, Olmedo, Munoz, Fields, White, Rousseau, Martinez, Beer, Gray, Beard, and Gipson ("Defendants") for violating Plaintiff's federal constitutional rights.  Plaintiff's claims arise out of his conditions of confinement at California State Prison, Corcoran in Corcoran, California in 2008 and 2009.

　　　　Defendants' motion for summary judgment for failure to exhaust was resolved in full with the exception of Plaintiff's First Amendment retaliation claims against Defendants Garcia and Beer arising out of incidents alleged to have occurred on July 22, 2009, July 24, 2009, and September 30, 2009.  42 U.S.C. § 1997e(a); Fed. R. Civ. P. 56(a).  With respect to those claims, the Court determined that there are disputed factual issues requiring an evidentiary hearing. *Williams v. Paramo*, 775 F.3d 1182, 1191-92 (9th Cir. 2015); *Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) (en banc).

1    The evidentiary hearing is currently set for August 23, 2016.  (Docs. 170, 171.)  The
2 Scheduling Order for Evidentiary Hearing required the parties to meet and confer and file *joint*
3 exhibits and witness lists on or before August 8, 2016.  (Doc. 170.)  Notwithstanding the Court's
4 order, Defendants have filed only their own exhibits and witness list.  (Docs. 179, 180.)

5    Accordingly, Defendants are HEREBY ORDERED to show cause **by 11:00 a.m. on**
6 **Thursday, August 11, 2016**, why sanctions should not be imposed for their failure to comply
7 with the Scheduling Order for Evidentiary Hearing; alternatively, within that same time-frame,
8 Defendants may file joint exhibits and witness lists.

IT IS SO ORDERED.

Dated:    **August 8, 2016**                    /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

2