# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | Case No. 1:10-cv-01773-DAD-SKO (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE ANDREW LOPEZ, CDCR # D-86271 |
| v. | |
| MATTHEW CATE, et al., | DATE: June 27, 2017 |
| Defendants. | TIME: 9:00 a.m. |

Inmate Andrew R. Lopez, CDCR # D-86271, a necessary and material witness on his own behalf in proceedings in this case on June 27, 2017, is confined at Pelican Bay State Prison in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Tuesday, June 27, 2017 at 9:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of Pelican Bay State Prison:**

**WE COMMAND** you to produce the inmate named above, along with his legal property required for the settlement conference, volume not to exceed one paper box, to appear before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**March 29, 2017**__          ____/s/ _Sheila K. Oberto_____

UNITED STATES MAGISTRATE JUDGE