UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 1: 10-cv-1773 DAD SKO P |
| Plaintiff, | |
| v. | ORDER |
| CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before the undersigned on August 11, 2017. Plaintiff's counsel has informally requested that plaintiff be allowed to bring one box of legal property with him to the settlement conference.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Pelican Bay State Prison Litigation Coordinator is directed to allow plaintiff to bring one box of legal property with him to the August 11, 2017 settlement conference;

2. The Clerk of the Court is directed to fax this order to the Pelican Bay State Prison Litigation Coordinator.

Dated: July 27, 2017

Lop1773.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1