# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | No. 1:10-cv-1773-DAD-SKO<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 222)** |

   On September 29, 2017, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice of this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 222.) The parties agree that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

   In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:　**October 3, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1